**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1178**

_____

JERMAINE M. CAPEL,

        Plaintiff - Appellant,

     v.

CHESAPEAKE SHERIFF'S OFFICE; JIM O'SULLIVAN; NURSE BULLOCH; DEPUTY LASSITER; DEPUTY RAMOS; LT. FLINT; DEPUTY GREEN,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, District Judge.  (2:20-cv-00129-AWA-LRL)

_____

Submitted:  October 18, 2022                Decided:  October 20, 2022

_____

Before WYNN and THACKER, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jermaine M. Capel, Appellant Pro Se.  Jeff W. Rosen, PENDER & COWARD, PC, Virginia Beach, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jermaine M. Capel appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Capel's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's orders. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. Capel's motions to seal and to amend the informal brief are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*